SMITH v. N.C. DEPT. OF TRANSPORTATION

No. 102P97

Case below: 125 N.C.App. 212

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

STATE v. ALEXANDER

No. 92P97

Case below: 125 N.C.App. 419

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

STATE v. BARNES

No. 66A97

Case below: 125 N.C.App. 75

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 8 May 1997. Notice of appeal by defendants (substantial constitutional question) retained 8 May 1997.

STATE v. BRUNSON

No. 86P97

Case below: 120 N.C.App. 571

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 May 97.

STATE v. BURNS

No. 118A97

Case below: 125 N.C.App. 616

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 8 May 1997. Motion by Attorney General to dismiss defendant's appeal allowed 8 May 1997.